STATE of Vermont v. Steven I. STAHL, No. 32-78

June 11, 1979. The appellant having requested a withdrawal and dismissal of the appeal, the motion to dismiss is granted, and the cause is remanded for execution of sentence.

STATE of Vermont v. Marlene CARMODY
Marlene CARMODY v. DISTRICT COURT of Vermont, Unit No. 3, Franklin Circuit, William Conway, Commissioner, Department of Motor Vehicles, No. 206-79

June 12, 1979. Motion for Stay denied for want of jurisdiction.

STATE of Vermont v. John Paul GRANGER, No. 209-79

June 12, 1979. The order appealed from, being supported by the proceedings below, is affirmed. 13 V.S.A. § 7556(b).

Larrow, J.

ST. JOHNSBURY ELECTRIC CO., INC. v. NORTH STAR CONSTRUCTION CORP. v. New Hampshire Insurance Co., No. 298-78

June 13, 1979. Motion to enter appearance and to strike dismissal of appeal is denied. Let the mandate issue.

IN RE MERRILL THEATRE CORPORATION, No. 74-79

June 13, 1979. Motion to File Amicus Curiae Brief granted.

John H. COLLINS, Jr. v. Sharon CARROLL, No. 96-79

June 13, 1979. Progress to be made by July 12, 1979, or cause dismissed.

Don H. CATLIN, M.D.; William S. Giles; and Jane W. Thompson v. TOWN OF HARTLAND, No. 128-79

June 13, 1979. Motion to Dismiss denied.

Dorothy WILK v. Donna M. WATLING, No. 130-79

June 13, 1979. Upon demonstration that V.R.C.P. 79.1 has been complied with, the motion to withdraw will be granted.